**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

CHRISTOPHER L. SIMMONS,

Plaintiff,

v. Civil Acton No.: 1:25-cv-580 (LMB/IDD)

K. BOWLES, et al.,

Defendant.

# MOTION FOR MISCELLANEOUS RELIEF
## (Motion for Clarification of Plaintiff's Claims Against the Defendants and Motion for Relief from Scheduling Order Pending Dispositive Motions)

**COMES NOW** Defendants Patricia Lampman, HSA, and Dianna Raines, LPN, by counsel and pursuant to Rule 7 of the Federal Rules of Civil Procedure, respectfully move this Honorable Court to grant the relief as requested in the accompanying Memorandum in Support of Motion for Miscellaneous Relief for the reasons set forth therein.

Respectfully submitted,

**PATRICIA LAMPMAN, HSA**
**DIANNA RAINES, LPN**

/s/

Elizabeth M. Muldowney (VSB No. 46387)
Laura Maughan (VSB No. 87798)
Sands Anderson PC
919 East Main Street, Suite 2300
PO Box 1998
Richmond, VA 23218
(804) 783-7284
(804) 783-7291 fax
emuldowney@sandsanderson.com
lmaughan@sandsanderson.com
*Counsel for Defendants Lampman and Raines*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of July, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to all CM/ECF users.

I further certify that I will mail the document by U.S. mail to the following non-filing user:

Christopher L. Simmons, #1127732
VDOC Centralized Mail Dist. Cntr.
3521 Woods Way
State Farm, VA 23160
*Pro Se Plaintiff*

/s/
Elizabeth M. Muldowney (VSB No. 46387)
Sands Anderson PC