FILED
MAILROOM
JUL 29 2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Upcomeing Surgery 7-26-27

Writeing to informe the court that my surgery I was supposed to have own 7-7-26 I wrote you about, my deffendant's one of them, had it cancelled either P. Lampman, or D. Raines did it. As i've stated not sure which one, but I do Know from multiple nurse's saying to me that it was one of them that did it. But that's not the reason im writeing, im writeing to informe the court that it's been rescheduled and from what I gathered it's around or in the first week of August. So I Know im sopposed to Keep you informed if thing's come up or if I get moved. Not sure if i'll be in the hospital for a couple days or so, but I should be back at the facility not long after, when ever my surgery take's place. Again thank's for your time and everything you'll do,

Thank's

[signature]