Case :1:25-CV-00580-LMB-IDD

FILED MAILROOM
AUG 17 2026
CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

# UPDATE TO COURT For HELP 8-11-26

writeing a short letter to inform you and let you know that cause of this law suit, I was told until I drop it by D. Raine's im not going to get seen by the provider for my feet or my injury I have. I was at medical yesterday 8-10-26 and she was by the chart where they have the supplies, I asked her if I was own the list to see the Dr for my feet, cause they were geting worse. That's when she looked over at me and said what she said to me, about I wasn't going to see the provider for my feet or my injury until I droped the law suit. So now it all makeing since why they won't let me see him or the new femal Dr they have that just started. This issve started back own 5-28-26 which im sending you some papers to show it, and the times they say I seen the the provider, own those paper's he'd never let me talk about my feet or my injury alway talk about it later own. Now 2½ months later it's worse I can't feel my feet, toes, and my right foot it's moving up into my shine area. I tell then it conteneus to get worse, and they contenue to acted out towards me more, and more. Im afraid agin if untracted ill start losen toes, feet, or legs cause of me be Diabetic. I ask the court to make the people treat this issve before it get worse. I've tryed to reason with my two Defendants and it still doesn't help.

Sincerly

[signature]