Christopher L. Simmons #1127732
Sussex I State Prison
24414 Musselwhite Dr.
Waverly, VA 23891-1111

RICHMOND VA RPDC 230
13 AUG 2026 PM 3 L

Freedom 250
PURPLE HEART FOREVER USA

RECEIVED
MAILROOM
AUG 17 2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S. MARSHALS INSPECTED

U.S. District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314-5798

* Legal Mail *

22314-579899

RECEIVED
AUG 12 2026
Mailroom
Sussex I State Prison